UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 1:16-cr-261-WTL-MJD-1 |
| v. | ) | |
| | ) | |
| JOHN ROSETTO, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that John Rosetto's supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) Federal Rules of Criminal Procedure and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 5 months in the custody of the Attorney General. Upon Mr. Rosetto's release from confinement, he will be subjected to twenty-four months of supervised release.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Dated: 6/8/18

Distribution:

All registered counsel via electronic notification

USMS

USPO